UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HALL, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. 08-1715 (RMC) |
| | ) |
| MICHAEL LEAVITT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendants in the above-captioned case.

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov