# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN HALL, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Civil Action No. 08-1715 (RMC) |
| ) | |
| KATHLEEN SEBELIUS,[1] Secretary,  ) | |
| Department of Health & Human Services,) | |
| *et al.*  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 12] is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs Lewis Randall and Norman Rogers are **DISMISSED** from this action; and it is further

**ORDERED** that Plaintiffs Brian Hall, John J. Kraus, and Richard K. Armey may proceed with their claims; and it is further

**ORDERED** that Defendants shall file an opposition to Plaintiffs' Motion for Summary Judgment [Dkt. # 15] no later than October 30, 2009.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kathleen Sebelius is substituted as Secretary for her predecessor, Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services.

**SO ORDERED**.


Date: September 29, 2009

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge