UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN HALL, et al., | ) |
|    Plaintiffs, | ) ) ) |
|    v. | ) Civil Action No. 08-01715 (RMC) |
| KATHLEEN SEBELIUS, et al., | ) ) ) |
|    Defendants | ) ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Brian G. Kennedy as counsel in this case for defendants.

> s/ *Brian G. Kennedy*
> BRIAN G. KENNEDY (D.C. Bar No. 228726)
> United States Department of Justice
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> Tel.: (202) 514-3357 Fax: (202) 616-8470
> Email:  Brian.Kennedy@usdoj.gov